**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NOTHERN DISTRICT OF OKLAHOMA**

(1) TAYLOR BURKE, as the Special
Administrator of the Estate of
Thomas Gay, Deceased,

      Plaintiff,

v.

(1) CITY OF BARTLESVILLE;
(2) OFFICER JESSICA PITTS;
(3) OFFICER WILLIAM LEWIS;

      Defendants.

Case No. 20-CV-244-JED-SH

## PARTIES JOINT MOTION TO
## RESET SETTLEMENT CONFERENCE

COMES NOW the Parties jointly, by and through their attorneys of record, and respectfully request that the settlement conference and corresponding settlement conference statement deadlines in this case, be rescheduled for a date after the current discovery deadline (April 29, 2022). In support of this Motion, the Parties show the Court as follows:

1. On October 22, 2021, this Court entered an Order setting a settlement conference in this matter for February 3, 2022, at 1:30 p.m. *See* Dkt # 31.

2. On November 11, 2021, the Parties filed their Joint Motion to Extend Scheduling Order Deadlines. *See* Dkt. 32.

3. On November 19, 2021, the Court entered its Third Amended Scheduling Order setting among other things, a discovery deadline for April 29, 2022. *See* Dkt. #33.

4. The Parties have exchanged written discovery and have taken a number of depositions. The Parties are presently working on scheduling a number of other necessary depositions.

5. Given the new discovery deadline, and the need for more depositions, the parties assert that the settlement conference -- and corresponding settlement conference statement deadlines --

should be reset for a date after the current discovery deadline (April 29, 2022). This will allow the parties to be better prepared prior to the settlement conference and should enhance settlement discussions.

6. This Motion is not sought for the purpose of unnecessary delay, or for any other improper purpose.

WHEREFORE, premises considered, the Parties respectfully request that the settlement conference and corresponding deadlines in this case, be rescheduled for a date after the current discovery deadline (April 29, 2022).

Respectfully submitted by:

/s/ John W. Warren
Donald E. Smolen, II, OBA #19944
Laura L. Hamilton, OBA #22619
John W. Warren, OBA #33635
SMOLEN | LAW, PLLC
611 S. Detroit Ave.
Tulsa, OK 74120
don@smolen.law
laura@smolen.law
jack@smolen.law
*Attorneys for Plaintiff*

/s/ Scott B. Wood
Scott B. Wood, OBA #12536
WOOD, PUHL & WOOD, P.L.L.C.
2409 E. Skelly Drive, Suite 200
Tulsa, Oklahoma 74105
Tel (918) 742-0808 / Fax (918) 742-0812
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2022, I submitted the above document to the Clerk of Court using the ECF System for filing and transmission of a notice of electronic filing to all counsel who have appeared in this case.


/s/ John W. Warren